No. 136. EX PARTE RODRÍGUEZ, NOTARY PUBLIC.—Petition by the National Surety Company for the termination of nota-

rial surety bond No. 2504 executed by said company on September 9, 1913, as surety for Notary José C. Rodríguez Cebollero. Decided December 28, 1914. Bond terminated to take effect February 26, 1915. The petitioning company appeared by brief through its agent, Mr. Harry F. Besosa.

